IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO:** 12-61375-CIV-DIMITROULEAS

NARENDRA DINDIYAL,

    Plaintiff,

v.

STELLAR RECOVERY INC.,

    Defendant.
_____/

**DEFENDANT, STELLAR RECOVERY, INC.'S**
**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

___ **IS**    related to pending or closed civil or criminal case(s) previously filed in this Court,

or any other Federal or State court, or administrative agency as indicated below:

X **IS NOT**    related to pending or closed civil or criminal case(s) previously filed in this Court,

or any other Federal or State court, or administrative agency.

    Respectfully submitted,

    /s/ *Ernest H. Kohlmyer, III*
    Ernest H. Kohlmyer, III
    Florida Bar No. 0110108
    SOUTH MILHAUSEN, P.A.

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was filed and served on **August 16, 2012**, via the Court Clerk's CM/ECF system which will provide notice to the following:

>Jason Weaver, Esquire
>Jason Weaver, P.A.
>3531 Griffin Road
>Ft. Lauderdale, FL 33312
>Jason@jasonweaverpa.com

>/s/ *Ernest H. Kohlmyer, III*
>Ernest H. Kohlmyer, III
>Florida Bar No. 0110108
>SOUTH MILHAUSEN, P.A.
>Gateway Center
>1000 Legion Place, Suite 1200
>Orlando, Florida 32801
>(407) 539-1638
>(407) 539-2679 (fax)
>skohlmyer@southmilhausen.com
>Attorneys for Defendant