UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 12-CV-61375 Dimitrouleas/Snow

NARENDRA DINDIYAL

      Plaintiff

v.

STELLAR RECOVERY INC.

      Defendant

_____/

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY PROVIDED that the parties have settled all matters herein and have reached agreements on all matters in Plaintiff's Complaint to both parties' satisfaction.

The Plaintiff respectfully requests that this Court allow an additional thirty (30) days in which to complete settlement, and to stay or postpone any pending deadlines during said time period.

## CERTIFICATE OF FILING

I HEREBY CERTIFY THAT this Notice was filed on this 31st day of August, 2012, by means of the CM/ECF system.

1

## CERTIFICATE OF SERVICE VIA REGULAR MAIL

I, Jason Weaver, certify that a true and correct copy of the foregoing was served upon Benjamin N. Hutnick, Berman & Rabin, P.A.15280 Metcalf Overland Park, KS 66223

By: s/ Jason Weaver
FBN: 0392596
JASON WEAVER PA
ATTORNEYS FOR PLAINTIFF
3531 Griffin Rd.
Ft. Lauderdale, FL 33312
(954) 987-0515
(954) 964-3764 fax
Jason@jasonweaverpa.com