IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO:** 12-61375-CIV-DIMITROULEAS

NARENDRA DINDIYAL,

    Plaintiff,

v.

STELLAR RECOVERY INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, NARENDRA DINDIYAL and Defendant, STELLAR RECOVERY, INC., by and through their undersigned counsel, and would represent to the Court that this matter has been amicably resolved, and would request entry of an Order dismissing this matter with prejudice, each party to bear their own costs and attorney's fees.

This  10th  day of October, 2012.                              This  10th  day of October, 2012.

/s/ *Jason Weaver*                                                         /s/ *Ernest H. Kohlmyer, III*
JASON WEAVER                                                      ERNEST H. KOHLMYER, III
Florida Bar No:                                                            Florida Bar No: 0110108
Jason Weaver, P.A.                                                     Urban, Thier, Federer & Chinnery, P.A.
3531 Griffin Road                                                       200 South Orange Ave., Suite 2000
Ft. Lauderdale, FL 33312                                           Orlando, FL 32801
Tel. (954) 987-0515                                                    Tel. (407)245-8352
Jason@jasonweaverpa.com                                        kohlmyer@urbanthier.com
Attorneys for Plaintiff                                                 Attorneys for Defendant