# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 12-61375-CIV-DIMITROULEAS/SNOW

NARENDRA DINDIYAL,

      Plaintiff,

vs.

STELLAR RECOVERY, INC.,

      Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 13], filed on October 10, 2012.  The Court has carefully considered the Stipulation, notes the signature of counsel for both sides, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.      The Joint Stipulation for Dismissal with Prejudice [DE 13] is **APPROVED**;

2.      This action is **DISMISSED WITH PREJUDICE**;

3.      Each party shall bear its own attorneys' fees and costs, except as otherwise agreed by the parties;

4.      The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 10th day of October, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record